**CD Projekt S.A. (OTGLY)**                                                                 **Hain, River**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 12/10/2020 | 5 | $24.6500 |
| Purchase | 12/10/2020 | 30 | $25.2500 |
| Purchase | 12/10/2020 | 10 | $25.1500 |
| Purchase | 12/11/2020 | 10 | $22.2500 |
| Purchase | 12/11/2020 | 10 | $22.0750 |
| Purchase | 12/11/2020 | 15 | $22.0750 |
| Purchase | 12/11/2020 | 10 | $22.7500 |
| Purchase | 12/14/2020 | 10 | $20.4400 |
| Purchase | 12/14/2020 | 20 | $18.6500 |
| Purchase | 12/17/2020 | 20 | $22.0850 |
| Purchase | 12/17/2020 | 10 | $21.5000 |
| Sale | 12/14/2020 | (50) | $19.0500 |