| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| POMERANTZ LLP<br>Jennifer Pafiti<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, CA 90024<br>(310) 405-7190 | |
| ATTORNEY(S) FOR: Plaintiff River Hain | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| RIVER HAIN, Individually and on behalf of all others similarly situated,<br>Plaintiff(s),<br>v.<br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br>Defendant(s) | CASE NUMBER:<br>2:21-cv-00354<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff River Hain_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| River Hain | Plaintiff |
| CD Projekt S.A. | Defendant |
| Adam Michal Kicinski | Defendant |
| Piotr Marcin Nielubowicz | Defendant |
| Michał Nowakowski | Defendant |

| | |
|---|---|
| January 14, 2021 | /s/ Jennifer Pafiti |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff River Hain

CV-30 (05/13)                         **NOTICE OF INTERESTED PARTIES**