Jennifer Pafiti
Pomerantz LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| River Hain, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-cv-00354-CJC-JEM |
| v. | |
| CD Projekt S.A., Adam Michal Kicinski, Piotr Marcin Nielubowicz, and Michał Nowakowski, | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Bronstein, Peretz
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-697-6484
*Telephone Number*

212-697-7296
*Fax Number*

peretz@bgandg.com
*E-Mail Address*

of

Bronstein, Gewirtz & Grossman
60 East 42nd Street, Suite 4600
New York, NY 10165
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

River Hain

*Name(s) of Party(ies) Represented*   ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Pafiti, Jennifer
*Designee's Name (Last Name, First Name & Middle Initial)*

282790
*Designee's Cal. Bar No.*

310-405-7190
*Telephone Number*

917-463-1044
*Fax Number*

jpafiti@pomlaw.com
*E-Mail Address*

of

Pomerantz LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

U.S. District Judge/U.S. Magistrate Judge