Jennif
Pomer
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

River Hain,

Plaintiff(s)

v.

CD Projekt S.A., Adam Michal Kicinski, Piotr Marcin Nielubowicz, and Michał Nowakowski,

Defendant(s).

**CASE NUMBER**

2:21-cv-00354-CJC-JEM

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [9]**

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Bronstein, Peretz                of    Bronstein, Gewirtz & Grossman
*Applicant's Name (Last Name, First Name & Middle Initial)*    60 East 42nd Street, Suite 4600
212-697-6484        212-697-7296                               New York, NY 10165
*Telephone Number*    *Fax Number*
peretz@bgandg.com
*E-Mail Address*                                               *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
River Hain

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Pafiti, Jennifer                of    Pomerantz LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    1100 Glendon Avenue, 15th Floor
282790        310-405-7190        917-463-1044                Los Angeles, CA 90024
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
jpafiti@pomlaw.com
*E-Mail Address*                                               *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded  ☐ not be refunded.

Dated   January 22, 2021                                    _____
                                                            Cormac J. Carney, U.S. District Judge

G-64 ORDER (5/16)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1