COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
RYAN E. BLAIR (246724)
(rblair@cooley.com)
HEATHER M. SPEERS (305380)
(hspeers@cooley.com)
4401 Eastgate Mall
San Diego, California 92121-1909
Telephone: +1 858 550 6000
Facsimile: +1 858 550-6420

Attorneys for Defendants
CD Projekt S.A., Adam Michal Kicinski, Piotr
Marcin Nielubowicz, and Michal Nowakowski

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAL NOWAKOWSKI,<br><br>Defendants. | Case No. 2:20-cv-11627-FMO-RAO<br><br>**DEFENDANT CD PROJEKT S.A.'S CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1) AND NOTICE OF INTERESTED PARTIES (CIV. L.R. 7.1-1)**<br><br>Judge: Hon. Fernando M. Olguin |
| RIVER HAIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAL NOWAKOWSKI,<br><br>Defendants. | Case No. 2:21-cv-00354-CJC-JEM |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

CD PROJEKT'S CORP. DISCL. STATEMENT
& NOTICE OF INTERESTED PARTIES
CASE NO. 2:20-CV-11627-FMO-RAO

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, Defendant CD Projekt S.A. ("CD Projekt") hereby files this Corporate Disclosure Statement and Notice of Interested Parties. The undersigned, counsel of record for CD Projekt certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

CD Projekt, headquartered in Warsaw, Poland, does not have a parent company, and no publicly held company owns 10% or more of its stock.

Dated: March 18, 2021

COOLEY LLP
KOJI F. FUKUMURA
RYAN E. BLAIR
HEATHER M. SPEERS

*/s/ Ryan E. Blair*
Ryan E. Blair

*Attorneys for Defendants*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

CD PROJEKT'S CORP. DISCL. STATEMENT
& NOTICE OF INTERESTED PARTIES
CASE NO. 2:20-CV-11627-FMO-RAO